UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
SKOPEC, SHARON L                    §        Case No. 12-10487
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 s. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/23/2013 in Courtroom 4016,
          Henry J. Hyde Judicial Office Facility
          505 N. County Farm Road
          Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/23/2013          By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SKOPEC, SHARON L § Case No. 12-10487
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 6,540.68 |
| and approved disbursements of | $ 319.67 |
| leaving a balance on hand of[1] | $ 6,221.01 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,404.07 | $ 0.00 | $ 1,404.07 |
| Other: International Sureties Ltd | $ 5.83 | $ 5.83 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,404.07 |
| Remaining Balance | $ 4,816.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,486.82  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One | $ 1,486.82 | $ 0.00 | $ 1,486.82 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,486.82 |
| | Remaining Balance | | $ | 3,330.12 |

Tardily filed claims of general (unsecured) creditors totaling $ 5,577.80  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  59.7  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | FIA card Services | $ 4,857.49 | $ 0.00 | $ 2,900.07 |
| 2 | Department Stores National Bank/Macys | $ 720.31 | $ 0.00 | $ 430.05 |
| | Total to be paid to tardy general unsecured creditors | | $ | 3,330.12 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

Certificate of Notice    Page 4 of 6

subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
                  Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 12-10487-DRC
Sharon L Skopec                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 2          Date Rcvd: Jul 23, 2013
                              Form ID: pdf006          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2013.
```
db          +Sharon L Skopec,   505 Redondo Drive  Unit # 509,   Downers Grove, IL 60516-4585
18635388    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   P. O. Box 982235,   El Paso, TX 79998-2235)
19739337     Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18635389    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18635390    +Chase,   P.O. Box 901039,   Fort Worth, TX 76101-2039
20690409    +Chase Bank USA, N.A.,   c/o Kevin C. Driscoll, Jr.,,   Barnes & Thornburg LLP,,
              1 N. Wacker Drive, Suite 4400,,   Chicago, IL 60606-2841
20292463    +Department Stores National Bank/Macy's,   Bankruptcy Processing,   Po Box 8053,
              Mason, OH 45040-8053
20542175    +FIA Card Services, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
18635391    +GECredit Bank/Linen N Things,   Po Box 981400,   El Paso, TX 79998-1400
18635392    +HSBC Bank,   2929 Walden Ave,   Depew, NY 14043-2690
18635393    +HSBC Card Services,   P.O. Box 5253,   Carol Stream, IL 60197-5253
18635394    +HSBC Carsons,   P.O. Box 15521,   Wilmington, DE 19850-5521
18635397    +MB Financial Bank,   6111 N River Rd,   Rosemont, IL 60018-5111
18635396     Macys,   PO Box 689195,   Des Moines, IA 50368-9195
18635398     WFNNB - New York & Co,   PO Box 182125,   Bankruptcy Department,   Columbus, OH 43218-2125
18635399     WFNNB - Victoria's Secret,   PO Box 182125,   Bankruptcy Department,   Columbus, OH 43218-2125
18635400     WFNNB/Express,   Po Box 659728,   San Antonio, TX 78265-9728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20731139     E-mail/PDF: rmscedi@recoverycorp.com Jul 24 2013 02:09:39     GE Capital Retail Bank,
              Attn: Ramesh Singh,   c/o Recovery Management Systems corp,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
20723379     E-mail/PDF: rmscedi@recoverycorp.com Jul 24 2013 02:03:33     GE Capital Retail Bank,
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
18661773     E-mail/Text: ECF@SHERMETA.COM Jul 24 2013 02:00:52     JPMorgan Chase Bank, N.A.,
              c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,   Rochester Hills, MI  48308-0908
18635395    +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 24 2013 01:48:16     Kohl's Credit/Recovery,
              P.O. Box 3004,   Milwaukee, WI 53201-3004
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18635387    ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2013**                **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: ccabrales            Page 2 of 2              Date Rcvd: Jul 23, 2013
                              Form ID: pdf006            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2013 at the address(es) listed below:

```
          Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
          John A Reed    on behalf of Debtor Sharon L Skopec barbf@thebankruptcylaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```