UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                §
                                      §
SKOPEC, SHARON L                      §    Case No. 12-10487
                                      §
                                      §
            Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor #: 1 Chase P.O. Box 901039 Fort Worth, TX 76101 |  |  |  |  |  |
|  | Creditor #: 2 HSBC Bank 2929 Walden Ave Depew, NY 14043 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 3 MB Financial Bank 6111 N River Rd Rosemont, IL 60018 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| CLERK, UNITED STAETS BANKRUPTCY COU | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Creditor #: 10 Kohl's Credit/Recovery P.O. Box 3004 Milwaukee, WI 53201 | | | | | |
| | Creditor #: 12 WFNNB - New York & Co PO Box 182125 Bankruptcy Department Columbus, OH 43218-2125 | | | | | |
| | Creditor #: 13 WFNNB - Victoria's Secret PO Box 182125 Bankruptcy Department Columbus, OH 43218-2125 | | | | | |
| | Creditor #: 14 WFNNB/Express Po Box 659728 San Antonio, TX 78265-9728 | | | | | |
| | Creditor #: 2 Bank of America P. O. Box 982235 El Paso, TX 79998-2235 | | | | | |
| | Creditor #: 3 Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 4 Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Creditor #: 5 Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Creditor #: 6 Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Creditor #: 7 GECredit Bank/Linen N Things Po Box 981400 El Paso, TX 79998 | | | | | |
| | Creditor #: 8 HSBC Card Services P.O. Box 5253 Carol Stream, IL 60197 | | | | | |
| | Creditor #: 9 HSBC Carsons P.O. Box 15521 Wilmington, DE 19805 | | | | | |
| 1 | CAPITAL ONE | | | | | |
| 2 | DEPARTMENT STORES NATIONAL BANK/MAC | | | | | |
| 3 | FIA CARD SERVICES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-10487 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | SKOPEC, SHARON L | | Date Filed (f) or Converted (c): | 03/16/12 (f) |
| | | | 341(a) Meeting Date: | 05/29/12 |
| For Period Ending: | 11/08/13 | | Claims Bar Date: | 12/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE LOCATED AT 505 REDONDO DRIVE -- UNIT # | 110,000.00 | 0.00 | | 0.00 | FA |
| 2. MISCELLANEOUS CASH | 100.00 | 0.00 | | 0.00 | FA |
| 3. SAVINGS ACCOUNT AT CHASE BANK | 500.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT AT CHASE BANK | 100.00 | 0.00 | | 0.00 | FA |
| 5. MISCELLANEOUS HOUSEHOLD GOODS & FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS BOOKS & PICTURES | 150.00 | 0.00 | | 0.00 | FA |
| 7. MISCELLANEOUS WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 8. MISCELLANEOUS JEWELRY | 250.00 | 0.00 | | 0.00 | FA |
| 9. 2007 TOYOTA SOLARA | 10,200.00 | 0.00 | | 0.00 | FA |
| 10. MISCELLANEOUS COMPUTER & ELECTRONIC EQUIPMENT | 400.00 | 0.00 | | 0.00 | FA |
| 11. CLASS ACTION LAWSUIT AGAINST LIFETIME FITNESS | 0.00 | 0.00 | | 6,540.68 | FA |
| TOTALS (Excluding Unknown Values) | $122,700.00 | $0.00 | | $6,540.68 | $0.00 Gross Value of Remaining Assets (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Distribution checks have been issued and Trustee is waiting for -0- balance bank statement

Initial Projected Date of Final Report (TFR): 05/30/13     Current Projected Date of Final Report (TFR): 05/30/13

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.03a

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-10487 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | SKOPEC, SHARON L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1400  Checking - Non Interest |
| Taxpayer ID No: | *******9772 | | |
| For Period Ending: | 11/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/19/12 | | Sharon Skopec | lawsuit proceeds | 6,540.68 | | | | | 6,540.68 |
| 09/19/12 | 11 | Asset Sales Memo: | CLASS ACTION LAWSUIT AGAINST LIFETIME FITNESS  $6,540.68 | | | | | | 6,540.68 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -1.48 | | 6,539.20 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -4.17 | | 6,535.03 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -4.03 | | 6,531.00 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -4.16 | | 6,526.84 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -10.00 | | 6,516.84 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | | | 5.83 | | | 6,511.01 |
| 02/19/13 | 010002 | Clerk, United Staets Bankruptcy Court | re-opening fee 12-10487 | | | 260.00 | | | 6,251.01 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -10.00 | | 6,241.01 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -10.00 | | 6,231.01 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -10.00 | | 6,221.01 |
| 08/26/13 | 010003 | BRENDA PORTER HELMS, TRUSTEE<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL  60625 | Chapter 7 Compensation/Fees | | | 1,404.07 | | | 4,816.94 |
| 08/26/13 | 010004 | Capital One<br>c/o Beckett and Lee<br>P.O. Box 3001<br>Malvern PA 19355 | Claim 1, Payment 100.00000% | | | 1,486.82 | | | 3,330.12 |
| 08/26/13 | 010005 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>P.O. Box 8053<br>Mason OH 45040 | Claim 2, Payment 59.70346% | | | 430.05 | | | 2,900.07 |
| 08/26/13 | 010006 | FIA card Services<br>P.O. Box 982284<br>El Paso TX 79998 | Claim 3, Payment 59.70306% | | | 2,900.07 | | | 0.00 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 17.03a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-10487 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | SKOPEC, SHARON L | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1400  Checking - Non Interest |
| Taxpayer ID No: | *******9772 | | | |
| For Period Ending: | 11/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| Account *******1400 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 6,540.68 | 6 | Checks | 6,486.84 |
| | 0 | Interest Postings | 0.00 | 8 | Adjustments Out | 53.84 |
| | | Subtotal | $ 6,540.68 | 0 | Transfers Out | 0.00 |
| | 0 | Adjustments In | 0.00 | | Total | $ 6,540.68 |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 6,540.68 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 10)

Ver: 17.03a

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-10487 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | SKOPEC, SHARON L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8659 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9772 | | |
| For Period Ending: | 11/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |

```
Account *******8659         Balance Forward          0.00
                         0  Deposits                 0.00        0  Checks              0.00
                         0  Interest Postings        0.00        0  Adjustments Out     0.00
                                                                 0  Transfers Out       0.00
                            Subtotal            $    0.00
                                                                    Total          $    0.00
                         0  Adjustments In           0.00
                         0  Transfers In             0.00

                            Total               $    0.00
```

```
Report Totals                Balance Forward         0.00
                          1  Deposits            6,540.68       6  Checks           6,486.84
                          0  Interest Postings       0.00       8  Adjustments Out     53.84
                                                                0  Transfers Out        0.00
                             Subtotal        $   6,540.68
                                                                   Total        $  6,540.68
                          0  Adjustments In          0.00
                          0  Transfers In            0.00

                             Total           $   6,540.68          Net Total Balance  $  0.00
```

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 11/08/13

BRENDA PORTER HELMS, TRUSTEE